# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYRONE RYAN STEWART,<br><br>        Petitioner,<br><br>  v.<br><br>ATTORNEY GENERAL ROB BONTA,<br><br>        Respondent. | NO. EDCV 23-00137 MWF (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING PETITIONER'S MOTION FOR RECONSIDERATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the June 24, 2024 Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's pending Motion for Reconsideration, and all records herein. The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Therefore, Petitioner's Motion for Reconsideration (dkt. no. 22) is **DENIED**.

IT IS SO ORDERED.

DATED: February 3, 2025

                                            MICHAEL W. FITZGERALD
                                            United States District Judge